UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS CHRISTOPHER PAPPAS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NORTH KERN STATE PRISON, et al.,<br><br>　　　　Defendants. | 1:14-cv-00109-GSA-PC<br><br>ORDER IN RESPONSE TO PLAINTIFF'S REQUEST<br>(Doc. 40.) |

　　　Nicholas Christopher Pappas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on January 27, 2014.  (Doc. 1.)  This case now proceeds with Plaintiff's original Complaint, against defendant C/O Lopez ("Defendant") for use of excessive force in violation of the Eighth Amendment.  On May 1, 2015, Defendant filed a motion for summary judgment.  (Doc. 34.)  On June 4, 2015, Plaintiff filed an opposition to the motion.  (Doc. 39.)

　　　On June 4, 2015, Plaintiff filed a request for the Court to notify Defendant or Defendant's attorney of the filing of Plaintiff's opposition to the motion for summary judgment.  (Doc. 40.)

　　　As Plaintiff was advised in the Court's First Informational Order:

> Once an attorney for a defendant appears in a pro se plaintiff's civil rights action (by filing an answer, a motion to dismiss, a motion for summary judgment, etc.), that attorney's office will receive notice of all filings through the Court's electronic filing

> system (ECM/ECF). A pro se plaintiff need not serve documents on counsel for a defendant.

(Doc. 2 at 4 ¶4.) Defendant's attorney appeared in this case on May 1, 2015 by filing a motion for summary judgment on Defendant's behalf. Therefore, the Court notified Defendant's attorney of the filing of Plaintiff's June 4, 2015 opposition through the Court's electronic filing system.

This order resolves Plaintiff's request filed on June 4, 2015.

IT IS SO ORDERED.

Dated:   **June 9, 2015**                           /s/ Gary S. Austin
                                              UNITED STATES MAGISTRATE JUDGE